No. A-CV-27-82

COURT OF APPEALS OF THE NAVAJO NATION

December 13, 1982

LaSalle HALL, Plaintiff,

vs.

Eddie J. ARTHUR and Officers BROWN and TSOSIE
and the NAVAJO DIVISION OF PUBLIC SAFETY, Defendants.

ORDER OF REMAND

George J. Ahlmann, Esq., Navajo, New Mexico for appellee and James Jay Mason, Esq., Gallup, New Mexico for appellants.

The above entitled matter having been received and considered by the Chief Justice of the Navajo Nation pursuant to 7 NTC 801, he finds:

That the matter has been reset for hearing on the merits at the Chinle District Court in accordance with the Order issued by the Honorable Homer Bluehouse on the 8th day of November, 1982.

It is therefore ORDERED that the matter is hereby remanded to district court for further proceedings.